IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-30785
Summary Calendar
_____

DARRELL THOMAS,

                                        Plaintiff-Appellant,

versus

ORVILLE LAMERTINERE, Captain; UNKNOWN HOOKER, Lieutenant;
CHARLES WOODS, Major Sergeant; UNKNOWN HAMILTON, Sergeant;
UNKNOWN ZWEIG, Doctor; UNKNOWN WILLIAMS, Sergeant; UNKNOWN
FOUNTAIN, Sergeant; SHIRLEY WHITTINGTON, Sergeant EMT,

                                        Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 00-CV-603-B
--------------------
January 4, 2002

Before JONES, SMITH, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

    Darrell Thomas, Louisiana prisoner #109846, appeals from the
order granting summary judgment for some of the defendants in his
civil-rights action and dismissing his claims against Dr. Zweig
for failing to serve Dr. Zweig.  Thomas contends that the
defendants used excessive force against him and that Dr. Zweig
gave him inadequate medical treatment.  He abandons any claims
against the defendants in their official capacities.

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Thomas does not contend that the district court erred by dismissing his claim against Dr. Zweig for failing to serve Dr. Zweig. He has abandoned that issue on appeal. *In re Municipal Bond Reporting Antitrust Litigation*, 672 F.2d 436, 439 n.6 (5th Cir. 1982).

The evidence indicated that Thomas suffered only *de minimis* injury. The district court did not err by granting summary judgment on Thomas's excessive-force claim. *Hudson v. McMillian*, 503 U.S. 1, 9-10 (1992).

AFFIRMED.